```
                UNITED STATES DISTRICT COURT
                 DISTRICT OF MASSACHUSETTS
```

UNITED STATES OF AMERICA )
)
    v. )   Cr. No. 10-10358-MLW
)
JEDEDIAH BRETTSCHNEIDER et al., )
    Defendants. )

### ORDER

WOLF, D.J.                                              June 11, 2014

It is hereby ORDERED pursuant to Fed. R. Evid. 615 that, except for the designated representative of the government and the defendant, each witness in this case:

1. Shall not discuss this case, including but not limited to his or her prospective testimony, with any other witness;

2. Shall be excluded from the courtroom when other witnesses are testifying; and

3. Shall not after testifying tell any prospective witness what he or she was asked or answered.

This Order shall not operate to prevent counsel from conferring with a witness prior to his or her testimony. However, unless protected by the attorney-client privilege, such communications may be explored on direct and/or cross-examination of the witness.

                                                      /s/ Charles P. Wolf
                                              UNITED STATES DISTRICT COURT