UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Criminal No. 10-10358-MLW-2

UNITED STATES OF AMERICA

v.

MICHAEL CASSANDRO

## REPORT AND RECOMMENDATION
## REGARDING GARNISHMENT OF RETIREMENT ACCOUNTS

July 19, 2016

Boal, M.J.

Michael Cassandro requests that the Court limit the garnishment of his retirement accounts held by garnishees Fidelity Brokerage Services, LLC and Fidelity Management Trust Company to only those funds which are in excess of the early cash-out fees and taxes owed by Cassandro. Dkt. Nos. 672, 675. The government does not oppose his request.

## I. FACTUAL AND PROCEDURAL BACKGROUND

On August 13, 2014, Cassandro plead guilty to charges of conspiracy and health care fraud pursuant to an agreement with the government. Dkt. No. 383. On June 11, 2015, the District Court sentenced him to eight months imprisonment, thirty-six months supervised release, a $300 special assessment, and $933,614.43 in restitution, Dkt. No. 607, and entered judgment on June 28, 2015. Dkt. No. 610.

On November 10, 2015, the government moved for a writ of garnishment upon all funds held by Fidelity Brokerage Services, LLC and Fidelity Management Trust Company on Cassandro's behalf. Dkt. Nos. 658, 659. The Court endorsed those writs on February 10, 2016. Dkt. Nos. 663-668. On February 22, 2016, Cassandro submitted a response and requested that the garnishment be limited to only those funds held by the garnishees which are in excess of the

*As there are no objections to this Report and Recommendation, and it is in any event persuasive, it is hereby ADOPTED. Orders consistent with this decision shall issue.*

*/s/ Wolf, D.J.  7/29/16*